IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONNA CLARKE, | : |
| Plaintiff | : CIVIL ACTION NO: 1:17-CV-02009-CCC |
| vs. | : |
| AETNA LIFE INSURANCE COMPANY, | : |
| Defendant. | : |

FILED
HARRISBURG, PA
MAR 1 2 2018
PETER WELSH
Per _____ CLERK

## STIPULATION OF DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41

Plaintiff and Defendant by their undersigned counsel, who are duly authorized to enter this Stipulation, hereby agree pursuant to Federal Rule of Civil Procedure 41, to dismiss with prejudice all claims asserted by Plaintiff, each party to bear its own costs and fees.

Dated:   March 9, 2018

s/   Scott M. Simon
Scott M. Simon
ROBERT PEIRCE & ASSOCIATES, P.C.
2500 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
412.281.7229
ssimon@peircelaw.com

*Attorney for Plaintiff*

s/   Brian P. Downey
Brian P. Downey
PEPPER HAMILTON, LLP
100 Market Street, Suite 200
Harrisburg, PA 17101
717.255.1155
downeyb@pepperlaw.com

*Attorney for Defendant*

IT IS SO ORDERED:

_____
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania